# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODERICK WHITE

NO. 2026 KW 0385

**JUNE 29, 2026**

---

In Re:   Roderick White, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-16-0114.

---

BEFORE:   McCLENDON,C.J., STROMBERG AND EDWARDS, JJ.

**WRIT DENIED.** Relator's writ application, challenging the district court's dismissal of his 2020 application for postconviction relief, is untimely. Furthermore, relator failed to provide support for the allegation he was not afforded an opportunity to explain why he failed to raise his claims in the trial proceedings and/or on appeal before the application for postconviction relief was dismissed. Moreover, relator appears to raise claims with this court in the first instance regarding the jury verdict, the indictment, and he contends he was not brought before a court within seventy-two hours of his arrest. Relator has not demonstrated that he raised these claims in the lower court before filing the instant writ with this court.

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT